UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID THOMAS,

    Plaintiff,

v.                                        Case No: 3:14-cv-360-J-39MCR

ARM WNY, LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 16; Recommendation), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on October 30, 2014. No objections were made to the Recommendation and the time for objections has passed.[1] Accordingly, the matter is ripe for review.

The Recommendation thoroughly analyzes Plaintiff's Motion for Default Judgment (Doc. 10; Motion), and in a well-reasoned conclusion recommends that this Court grant Plaintiff's Motion and enter judgment against Defendant. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district judge is not required to conduct a *de novo* review of those findings.

---

[1] Rule 6.02(a) of the Local Rules for the Middle District of Florida, United States District Court, directs that any objections to a report and recommendation be filed within fourteen days after service of the report and recommendation. See also 28 U.S.C. § 636(b)(1).

See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district judge must review legal conclusions *de novo,* even in the absence of an objection. See Cooper–Houston v. S. Ry., 37 F.3d 603, 604 (11th Cir. 1994). Upon independent review of the file and for the reasons stated in the Report and Recommendation, the Court will accept and adopt the factual and legal conclusions recommended by the Magistrate Judge. Accordingly, it is

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 16) is **ADOPTED**.

2. Plaintiff's Motion for Default Judgment (Doc. 10) is **GRANTED** to the extent that Plaintiff shall recover from Defendant $2355.00 which includes: $500 in statutory damages; $1,455.00 in attorney's fees; and $400 in costs.

3. The Clerk of Court is direct to enter judgment accordingly, terminate all pending motions, and close this file.

**DONE** and **ORDERED** in Jacksonville, Florida this 3rd day of December, 2014.

_____
BRIAN J. DAVIS
United States District Judge

mw
Copies furnished to:

The Honorable Monte. C. Richardson
United States Magistrate Judge

Counsel of Record
ARM WNY, LLC